THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTORIA HALTER, individually, on behalf of the Providence Health & Services 401(k) Savings Plan and on Behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES TOTAL REWARDS MANAGEMENT COMMITTEE; John and Jane Does 1-30 in their capacities as members of the Administrative Committee,<br><br>Defendants. | NO. 2:25-cv-00210-JNW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

THIS MATTER came before the Court on Plaintiff's Motion for Leave to File Overlength Brief. Having considered the motion and finding good cause, the Court HEREBY ORDERS that Plaintiff's Motion for Leave to File Overlength Brief is GRANTED. Plaintiff may file a motion for preliminary approval that is no more than 7,000 words in length.

IT IS SO ORDERED.

DATED this 20th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF - 1
Case No. 2:25-cv-00210-JNW

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com