THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTORIA HALTER, individually, on behalf of the Providence Health & Services 401(k) Savings Plan and on Behalf of all similarly situated participants and beneficiaries of the Plan,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES; PROVIDENCE HEALTH & SERVICES TOTAL REWARDS MANAGEMENT COMMITTEE; John and Jane Does 1-30 in their capacities as members of the Administrative Committee,<br><br>Defendants. | NO. 2:25-cv-00210-JNW<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO DISBURSE ATTORNEYS' FEES AND LITIGATION COSTS**<br><br>**NOTED FOR CONSIDERATION:**<br>NOVEMBER 20, 2026 |

Pursuant to Local Civil Rule 10(g) and paragraph 4.5 of the Settlement Agreement (Dkt. No. 54-1), Class Counsel and Defense Counsel (together "Counsel") stipulate to and respectfully request that the Court enter an order extending the deadline for the Settlement Administrator to disburse attorneys' fees and costs. In support of their stipulated motion, Counsel state:

1. The Settlement Agreement requires the Settlement Administrator to disburse attorneys' fees and costs from the Cash Fund by **December 10, 2026** unless the Court orders or counsel stipulate to a different date. *See* Dkt. 54-1 (Settlement Agreement) ¶ 5.2.1 (requiring Settlement Administrator to disburse approved attorneys' fees and costs "no later than fifteen (15) business days following the Settlement Effective Date) & ¶ 1.54 (defining Settlement



TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Effective Date as the date the Settlement becomes "Final") & ¶ 1.21 (defining "Final") as thirty-five (35) calendar days after [the Final Approval Order] is entered by the Court") & ¶ 4.5 ("The Settlement Administrator shall not disburse the Cash Fund or any portion of the Cash Fund except as provided in this Settlement Agreement, in an order of the Court, **or in a subsequent written stipulation between Class Counsel and Defense Counsel**. Subject to the orders of the Court, the Settlement Administrator is authorized to execute such transactions as are consistent with the terms of this Settlement Agreement.") (emphasis added).

2. Pursuant to paragraph 4.5 of the Settlement Agreement, Class Counsel and Defense Counsel hereby stipulate to an extension of the deadline for the Settlement Administrator to disburse attorneys' fees and costs from the Cash Fund to **January 5, 2026.**

3. This stipulation does not affect any other deadline contemplated by the Settlement Agreement, including but not limited to:

a. The **December 7, 2026** deadline for Providence to make the second payment of $5.9 million into the Cash Fund;

b. The deadlines for the Settlement Administrator to disburse any other payments from the Cash Fund, including the Class Representative Service Award and Settlement Administrator expenses; and

c. The deadline for allocating funds to Settlement Class Members, which is **January 24, 2026**, or any other deadline contemplated by the Settlement Agreement.

RESPECTFULLY SUBMITTED AND DATED this 20th day of November, 2026.


TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
Beth E. Terrell, WSBA No. 26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA No. 36983
Email: jmurray@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Sean McMahan*
Sean McMahan, *Admitted Pro Hac Vice*
Email: sean.mcmahan@morganlewis.com
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
Telephone: (214) 466-4102
Facsimile: (214) 466-4001

Paul J. Sharman, *Admitted Pro Hac Vice*
Email: paul@sharman-law.com
THE SHARMAN LAW FIRM LLC
11175 Cicero Drive, Suite 100
Alpharetta, Georgia 30022
Telephone: (678) 242-5297
Facsimile: (678) 802-2129

Michael J. Geist, *Admitted Pro Hac Vice*
Email: mjg@geistlawgroup.com
GEIST LAW GROUP LLC
5 Fairfield Drive
Catonsville, Maryland 21228
Telephone: (443) 834-6850

*Attorneys for Plaintiffs*

Marisa L. Berlinger, WSBA No. 58991
Email: marisa.berlinger@morganlewis.com
1301 Second Avenue, Suite 3000
Seattle, Washington 98101
Telephone: (206) 274-6400
Facsimile: (206) 274-6401
Deborah S. Davidson, *Admitted Pro Hav Vice*
Email: Deborah.davidson@morganlewis.com
110 North Wacker Drive
Chicago, Illinois 60606-1511
Telephone: (312) 324-1159
Facsimile: (312) 324-1001

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of November, 2026.

THE HONORABLE JAMAL N. WHITEHEAD



TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com